**Anthony Leon HOOVER, Petitioner—Appellant,**

v.

**NORTH CAROLINA, Respondent—Appellee.**

No. 07–6110.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 6, 2007.

Anthony Leon Hoover, Appellant Pro Se.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover seeks to appeal the district court's January 3, 2007 order adopting the report and recommendation of the magistrate judge and dismissing his § 28 U.S.C. 2254 (2000) petition without prejudice to refiling a new petition correcting the defects and paying the applicable filing fee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hoover seeks to appeal is not an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*